| | | | |
|---|---|---|---|
| Imschweiler v. Weizer | 1697 MDA 2015<br>Quashed and<br>Remanded | 07/28/2016 | S–218–2010<br>(Schuylkill) |
| Com. v. McCabe | 1901 MDA 2015<br>Affirmed | 07/28/2016 | CP–54–CR–0000038–<br>2013<br>(Schuylkill) |
| Com. v. Holly | 10 MDA 2016<br>Affirmed | 07/28/2016 | CP–19–CR–0000840–<br>2013<br>(Columbia) |
| Brehm–Lebo Engineering, Inc. v. Battle-<br>stone Steel | 334 MDA 2016<br>Vacated and<br>Remanded | 07/28/2016 | 2014–02510 MLE<br>(Cumberland) |
| Com. v. Blackwell | 758 WDA 2015<br>Affirmed | 07/28/2016 | CP–02–CR–0000235–<br>1996<br>(Allegheny) |
| Watson, G. v. Shipman | 1304 WDA 2015<br>Affirmed | 07/28/2016 | AD No. 159 of 2014<br>(Greene) |
| Com. v. Andlno | 31 EDA 2015<br>Reversed and<br>Remanded | 07/29/2016 | CP–51–CR–0010882–<br>2014<br>(Philadelphia) |
| McGarity v. DiGiuseppe [53] | 2586 EDA 2015<br>Affirmed | 07/29/2016 | 13–01411–CT<br>(Chester) |
| Com. v. Deshmukh | 3204 EDA 2015<br>Appeal<br>dismissed | 07/29/2016 | CP–46–CR–0006538–<br>2013<br>(Montgomery) |
| Com. v. Feliciano | 3259 EDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 07/29/2016 | CP–48–CR–0003298–<br>2014<br>(Northampton) |
| In re Adoption of A.J.A.M. | 302 EDA 2016<br>Affirmed | 07/29/2016 | 2015–A0078<br>(Montgomery) |
| In re Adoption of A.J.M. | 303 EDA 2016<br>Affirmed | 07/29/2016 | 2015–A0079<br>(Montgomery) |
| In re Adoption of A.J.A.M. | 304 EDA 2016<br>Affirmed | 07/29/2016 | 2015–A0080<br>(Montgomery) |
| In re Adoption of K.H.S. | 305 EDA 2016<br>Affirmed | 07/29/2016 | 2015–A0081<br>(Montgomery) |
| In re Adoption of A.J.A.M. | 309 EDA 2016<br>Affirmed | 07/29/2016 | 2015–A0078<br>(Montgomery) |
| In re Adoption of A.J.M. | 310 EDA 2016<br>Affirmed | 07/29/2016 | 2015–A0079<br>(Montgomery) |
| In re Adoption of A.J.A.M. | 311 EDA 2016<br>Affirmed | 07/29/2016 | 2015–A0080<br>(Montgomery) |

**53.** Petition for reargument denied September 29, 2016.